# In the United States Court of Federal Claims

No. 23-1259

(Filed: September 13, 2023)

|  |  |
|---|---|
| **WILLIAM J. ROHLAND** | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| **UNITED STATES,** | ) ) |
| Defendant. | ) ) ) |

ORDER OF DISMISSAL

On July 31, 2023, plaintiff William Rohland submitted a complaint to the clerk of this court but neither paid the filing fee nor filed a motion for leave to proceed *in forma pauperis*. The complaint was nonetheless filed. On August 11, 2023, the court issued an order requiring Mr. Rohland to either pay the filing fee or submit a signed application to proceed *in forma pauperis*, by September 11, 2023. *See* Order of August 11, 2023, ECF No. 5.

The September 11, 2023 deadline has now passed. Nonetheless, Mr. Rohland has not paid the fee or requested to proceed *in forma pauperis* at this time. Under these circumstances, the case shall be DISMISSED without prejudice for failure prosecute under Rule 41 of the Rules of the Court of Federal Claims.

The clerk is directed to enter judgment in accord with this disposition.

No costs.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge